the mortgagee was therefore right. Order of the Surrogate's Court of Queens County affirmed, with $10 costs and disbursements.

In re RIFKIND. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Alfred J. Rifkind. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 165 App. Div. 983, 150 N. Y. Supp. 1109.

ROBINSON CLAY PRODUCT CO. v. JOHN THATCHER & SON. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by the Robinson Clay Product Company against John Thatcher & Son. No opinion. Application denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 106.

ROCHESTER PHOTO WORKS, Inc., Appellant, v. BAUSCH & LOMB OPTICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by the Rochester Photo Works, Incorporated, against the Bausch & Lomb Optical Company. No opinion. Orders affirmed, with $10 costs and disbursements.

ROCK ISLAND BUTTER CO. v. ROWLAND. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the Rock Island Butter Company against James Rowland. Motion denied, without costs, with leave to respondent to file additional brief. Opinion per curiam. Settle order on notice. See, also, 144 N. Y. Supp. 1142; 168 App. Div. 944, 153 N. Y. Supp. 1140.

ROCKWELL v. LEWIS et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Judge A. Rockwell for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against John L. Lewis, employer, and the Ætna Life Insurance Company, insurer. No opinion. Motion granted. See, also, 168 App. Div. 674, 154 N. Y. Supp. 893.

RODENHURST, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Dewitt C. Rodenhurst, as executor, etc., against Jerome B. Cooper, as executor, etc. PER CURIAM. Judgment modified, by striking out the provision for specific performance, and in lieu thereof adjudging that the plaintiff, as executor of the will of said Lavina Cooper, has a valid claim against the estate of Victor Cooper for the expenses incurred for the care and support of the said Lavina Cooper, including medical attendance, from January 1, 1914, and her funeral expenses, and for a monument erected over her grave, as provided in the will of said Victor Cooper, the amount of such claim to be determined, adjusted, and paid in the usual course of administration of the estate of said Victor Cooper, and, as so modified, the judgment is affirmed, together with the order, without costs of this appeal to either party.

ROGERS, Respondent, v. KNICKERBOCKER ICE CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Charles P. Rogers against the Knickerbocker Ice Company, impleaded with others. F. R. Savidge, of New York City, for appellant. L. E. Ginn, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, in which event, judgment, as so modified, and order affirmed, without costs. Settle order on notice.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent, and vote for reversal.

ROGERS et al., Respondents, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Henry J. Rogers and another against Samuel F. Robinson. No opinion. Judgment modified, by reducing the amount of the extra allowance set forth therein to the sum of $125.47, and, as so modified, affirmed, without costs of this appeal.

ROGERS v. ROGERS. SAME v. ROGERS et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Actions by Elijah P. Rogers against George W. Rogers and against George W. Rogers and Frank J. Rogers. No opinion. Motion granted, substituting Mary Belle Carter as plaintiff in each action.

ROHDE, Appellant, v. H. W. SCHMEELK OYSTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Henry W. Rohde against the H. W. Schmeelk Oyster Company. No opinion. Judgment affirmed, with costs.

ROONEY, Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by James F. Rooney against Charles Stone.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD, J., not voting.

ROOT, Appellant, v. BRAINARD, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Perle W. Root against John M. Brainard. M. A. Warren, of New York City, for appellant. T. H. Beardsley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 165 App. Div. 905, 906, 149 N. Y. Supp. 1108; 165 App. Div. 977, 150 N. Y. Supp. 1110.

ROSENBLUM, Respondent, v. PAIGE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Samuel S. Rosenblum against Frank L. Paige and others. H. W. Simpson, of New York City, for appellants. B. H. Arnold, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.